☙JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JEANETTE RILEY, et al.

(b) County of Residence of First Listed Plaintiff: **Salt Lake County**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
R. Zachary Peter Lowe, Eric W. Hinckley, Lowe Law Group

## DEFENDANTS
BENNETT INTERNATIONAL GROUP, LLC, BENNETT TRUCK TRANSPORT, LLC, et al.

County of Residence of First Listed Defendant: **Salt Lake County**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Andrew M. Morse, Scott Young of Snow, Christensen & Martineau

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability |  |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
|  | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
|  | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 370 Other Fraud |  |  | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** |  |
| ☐ 190 Other Contract | ☒ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
wrongful death from motor vehicle accident

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ over $300K
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: 10/08/2014
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

ANDREW M. MORSE (4498)
R. SCOTT YOUNG (10695)
NATHAN R. SKEEN (12662)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah  84145-5000
Telephone: (801) 521-9000
nrs@scmlaw.com; amm@scmlaw.com; rsy@scmlaw.com
*Attorneys for Defendants Bennett International Group, LLC,*
*Bennett Truck Transportation, LLC, Bennett Motor Express, LLC,*
*and Bennett Motor Express, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JEANETTE RILEY, individually, on behalf of the heirs and as Personal Representative of the Estate of Stanley Joseph Riley, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BENNETT INTERNATIONAL GROUP, LLC, a Georgia limited liability company; BENNETT TRUCK TRANSPORT, LLC, a Georgia limited liability company; BENNETT MOTOR EXPRESS, LLC, a Georgia limited liability company; BENNETT MOTOR EXPRESS, INC., a Georgia corporation; IVAN FENNELL, an individual; RIO TINTO AMERICA, INC., a Delaware company; Does I through X, and Roe Companies XI through XX, inclusive,<br><br>Defendants. | **NOTICE OF REMOVAL**<br><br><br>Civil No.: 2:14-cv-00739-PMW<br><br>Judge: Paul M. Warner |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Bennett International Group, LLC, Bennett Truck Transport, LLC, Bennett Motor Express, LLC, and Bennett Motor Express, Inc. (collectively "the Bennett Defendants"), by and through their counsel, hereby give NOTICE OF REMOVAL of the civil action pending against them in the Third Judicial District Court in and for Salt Lake County, State of Utah, *Jeanette Riley v. Bennett International Group, LLC, et al.*, Case No. 140906034, to this Court. The grounds for removal are as follows:

1. This action was commenced by the filing of a Complaint in the Third Judicial District in and for Salt Lake County, State of Utah. A copy of the Complaint is attached as Exhibit A. Plaintiff subsequently filed a First Amended Complaint, attached as Exhibit B.

2. The Amended Complaint alleges that Plaintiff Jeanette Riley is a resident of Salt Lake County, Utah. *Id.*

3. The Bennett Defendants are entities that are organized and maintain their principle places of business in the State of Georgia.

4. Defendant Ivan Fennell is a resident of the State of Texas.

5. Defendant Rio Tinto America, Inc. is an entity that is organized in Delaware and maintains its principal place of business in Colorado.

6. The Amended Complaint is filed as a Tier 3 case under Utah Rule of Civil Procedure 26(c)(3), meaning that the amount Plaintiff seeks to recover is in excess of $300,000, exclusive of costs. *Id.*

7. Based on complete diversity and amount in controversy, this Court has original jurisdiction over the above-entitled action pursuant to 28 U.S.C. § 1332, and this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

8.   Removal of this action is timely. Plaintiff did not serve the Complaint on the Bennett Defendants until September 8, 2014. Less than thirty (30) days have elapsed since that time.

9.   The other Defendants in this action have not been served. Therefore, their consent is not required for removal. 28 U.S.C. § 1446(b)(2)(A).

10.   Written notice of this removal is being served this date on counsel for Plaintiff.

11.   A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Third Judicial District Court, in and for Salt Lake County, State of Utah.

WHEREFORE, Defendants hereby submit notice that the above-entitled matter is removed from the Third Judicial District Court in and for Salt Lake County, State of Utah, to the United States District Court for the State of Utah, Central Division, in accordance with the provisions of 28 U.S.C. § 1446.

DATED this 8th day of October, 2014.

SNOW, CHRISTENSEN & MARTINEAU

/s/ Scott Young

Andrew M. Morse
R. Scott Young
Nathan R. Skeen
*Attorneys for Defendants Bennett International Group, LLC, Bennett Truck Transportation, LLC, Bennett Motor Express, LLC, and Bennett Motor Express, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of October, 2014, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Zachary Peter Lowe
>Eric W. Hinckley
>LOWE LAW GROUP
>6028 S. Ridgeline Drive
>Suite 203
>Ogden, UT 84405
>*Attorneys for Plaintiff*

/s/ Kathy Pickett

2995027.1

4