**ZACHARY PETER LOWE (13792)**
**ERIC W. HINCKLEY (13991)**
**LOWE LAW GROUP**
6028 S. Ridgeline Drive
Suite 203
Ogden, UT 84405
Telephone: (801) 917-8500
Facsimile: (801) 917-8484
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **JEANETTE RILEY,** individually, on behalf of the heirs and as Personal Representative of the Estate of Stanley Joseph Riley, deceased, | **ORDER ON STIPULATION TO REMAND TO STATE COURT** |
| Plaintiff, | |
| vs. | |
| **BENNETT INTERNATIONAL GROUP, LLC**, a Georgia limited liability company; **BENNETT TRUCK TRANSPORT, LLC**, a Georgia limited liability company; **BENNETT MOTOR EXPRESS, LLC**, a Georgia limited liability company; **BENNETT MOTOR EXPRESS, INC.**, a Georgia corporation; **IVAN FENNELL**, an individual, **RIO TINTO AMERICA, INC.,** a Delaware company; **Does I through X**, and **Roe Companies XI through XX**, inclusive, | Civil No.: 2:14-cv-00739-PMW<br>Judge: Paul M. Warner |
| Defendants. | |

Based upon the Stipulation to Remand to State Court by the parties BENNETTT INTERNATIONAL GROUP, LLC; BENNETT TRUCK TRANSPORT, LLC; BENNETT

MOTOR EXPRESS, LLC; RIO TINTO AMERICA, INC., and Plaintiff, JEANETTE RILEY, executed by the parties herein and other good cause appearing:

**IT IS HEREBY ORDERED**, that the Clerk of the Court is directed to remand this case to state court forthwith.

**IT IS SO ORDERED**.

Dated this 13th day of January, 2015

BY THE COURT:

_____

**PAUL M. WARNER**
**United States Magistrate Judge**